## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GS HOLISTIC, LLC,

     Plaintiff,

v.                                                    Case No: 8:22-cv-2184-CEH-CPT

SKGONAGANDLA LLC d/b/a 54TH
SMOKE LOUNGE and
SURESH K. GONAGANDLA,

     Defendants.

_____/

## FINAL JUDGMENT AND PERMANENT INJUNCTION

This matter comes before the Court upon its Order dated July 18, 2025 (Doc. 49). In the Order, the Court adopted the Report and Recommendation of the Magistrate Judge (Doc. 48) and granted-in-part Plaintiff GS Holistic, LLC's Motion for Default Judgment (Doc. 47). The Order indicated that a judgment and permanent injunction would be entered by separate Order.

In its Order granting-in-part Plaintiff's Motion for Default Judgment, the Court adopted the Magistrate Judge's finding that entry of a Permanent Injunction is appropriate. The Court further adopted the Magistrate Judge's findings that: (1) Plaintiff is suffering an irreparable injury due to the Defendants' continuing infringement of Plaintiff's marks; (2) Plaintiff has no adequate remedy at law; (3) Defendants will not be harmed by the entry of a permanent injunction; and (4) the entry of a permanent injunction is not against the public interest. Doc. 48 at 19.

Accordingly, it is **ORDERED and ADJUDGED**:

1. Plaintiff GS Holistic, LLC, is entitled to Judgment in its favor, and against Defendants Skgonagandla LLC d/b/a 54th Smoke Lounge and Suresh K. Gonagandla, as to Counts I and II of the Amended Complaint (Doc. 39).

2. Defendants Skgonagandla LLC d/b/a 54th Smoke Lounge and Suresh K. Gonagandla and their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or participation with them, are **PERMANENTLY ENJOINED** from:

   a. Importing, exporting, making, manufacturing, reproducing, assembling, using, acquiring, purchasing, offering, selling, transferring, brokering, consigning, distributing, storing, shipping, licensing, developing, displaying, delivering, marketing, advertising, or promoting the counterfeit G Pen products, meaning products bearing the G Pen trademarks (U.S. Trademark Registration Numbers 5,405,361, 4,470,963, and 4,466,586), counterfeits, copies, or colorful imitations thereof.

3. Plaintiff GS Holistic, LLC, shall recover from Defendants Skgonagandla LLC d/b/a 54th Smoke Lounge and Suresh K. Gonagandla $150,000.00 in statutory damages and $597.00 in taxable costs, for a total amount of $150,597.00, which shall accrue interest at the legal rate, for which sum let execution issue.

4. The Clerk is directed to CLOSE this case.

**DONE AND ORDERED** at Tampa, Florida on July 18, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any